IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN F. OWENS and
ELIZABETH OWENS, Individually
and as Joint Legal Guardians and
Next Friends of MICHAEL DEANDRE OWENS
and MICHAEL DEANDRE OWENS,
Individually,

    Plaintiffs,

v.     No. 05-2774 B

CORRECTIONS CORPORATION OF AMERICA,
et al.,

    Defendants.

---

### ORDER TO SHOW CAUSE WHY MOTION OF DEFENDANT TO DISMISS CLAIMS AGAINST "MR. DOUGLASS" SHOULD NOT BE GRANTED

---

This lawsuit was initially brought by the Plaintiffs, John F. Owens and Elizabeth Owens, individually and as joint legal guardians and next friends of Michael Deandre Owens, and Michael Deandre Owens, individually, who are represented by counsel, in the Circuit Court of Shelby County, Tennessee on September 8, 2005. The case was removed to this Court on October 19, 2005. On November 10, 2005, the Defendants, Corrections Corporation of America, Warden Danny Scott and Mr. Jones, moved for dismissal of the Plaintiffs' claims against Defendant "Mr. Douglass" pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. To date, no response has been filed on behalf of the Plaintiffs, even though the deadline for such response under the Local Rules of this district has passed. See LR7.2(a)(2) (responses to Rule 12(b) motions must be filed within 30 days of service of the motion). The Plaintiffs are therefore ORDERED, within fifteen (15) days of the

entry hereof, to show cause why the motion to dismiss should not be granted. Failure of the Plaintiffs to respond in a timely manner to this order may result in the granting of the dispositive motion.

IT IS SO ORDERED this 20th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02774 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Skip Carnell
ARTHUR RAY LAW OFFICES
6244 Poplar Avenue Suite 150
Memphis, TN 38119

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT